**JS-6**

Donald L. Samuels (State Bar No. 126287)
Email: donald.samuels@hro.com
Diba D. Rastegar (State Bar No. 230681)
Email: diba.rastegar@hro.com
HOLME ROBERTS & OWEN LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
CITY OF BEVERLY HILLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEGGY A. WILCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BEVERLY HILLS, and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO. 2:10-CV-01804-VBF-AGR<br><br>HON. VALERIE B. FAIRBANK<br><br>[~~PROPOSED~~] JUDGMENT |

On July 17, 2009, Plaintiff, Peggy A. Wilcher filed her original Complaint in the above captioned matter against Defendant, City of Beverly Hills. On November 5, 2009, Plaintiff filed a First Amended Complaint. On February 23, 2010, Plaintiff filed a Second Amended Complaint. The City removed this action to this Court on March 12, 2010. Plaintiff filed a Third Amended Complaint on May 4, 2010. On July 27, 2010, Plaintiff filed a Fourth Amended Complaint. In her Fourth Amended Complaint, Plaintiff alleged a claim against the City for (1) willful violation of the Fair Labor Standards Act ("FLSA").

The City denied, and continues to deny, Plaintiff's allegations and filed its Answer on August 10, 2010.

On November 22, 2010, the City made an Offer of Judgment to Plaintiff pursuant to Federal Rule of Civil Procedure ("FRCP") 68. *See* Exhibit A. Plaintiff accepted the Offer of Judgment on December 3, 2010. *See* Exhibit B.

Therefore, pursuant to FRCP 68, an offer of judgment having been made and accepted, judgment is now hereby entered in the above captioned case according to the terms of the Offer of Judgment as set forth below:

(1) In the amount of ONE THOUSAND DOLLARS ($1,000), less appropriate withholdings, against Defendant CITY OF BEVERLY HILLS in favor of Plaintiff PEGGY A. WILCHER.

This Judgment is entered pursuant to FRCP 68, and is not to be construed as an admission that the City willfully violated the FLSA or any other law.

Dated this 10th day of January, 2011.

BY THE COURT:

*Valerie Baker Fairbank*

THE HONORABLE VALERIE B. FAIRBANK

---

1

[PROPOSED] JUDGMENT
*Peggy A. Wilcher v. City of Beverly Hills et al.*
Case No. CV 10-1804-VBF(AGRx)

#24306 v1 lax

EXHIBIT A

Donald L. Samuels (State Bar No. 126287)
Email: donald.samuels@hro.com
Diba D. Rastegar (State Bar No. 230681)
Email: diba.rastegar@hro.com
HOLME ROBERTS & OWEN LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
CITY OF BEVERLY HILLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEGGY A. WILCHER<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF BEVERLY HILLS, and DOES 1-20, inclusive,<br><br>              Defendants. | CASE NO. 2:10-CV-01804-VBF-AGR<br><br>HON. VALERIE B. FAIRBANK<br><br>**DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT TO PLAINTIFF PEGGY WILCHER**<br><br>Fed. R. Civ. Pro. 68]<br><br>Trial Date: April 19, 2011 |

**DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT TO PLAINTIFF**
*Peggy A. Wilcher v. City of Beverly Hills et al.*
Case No. CV 10-1804-VBF(AGRx)

#23756 v2 lax

TO PLAINTIFF PEGGY WILCHER, AND HER ATTORNEYS OF RECORD:

Defendant City of Beverly Hills ("the City"), submits the following offer to you pursuant to Rule 68 of the Federal Rules of Civil Procedure: the City will pay you One Thousand Dollars ($1,000) (which does not include your costs, interest and attorneys' fees) in return for a dismissal with prejudice of your claims in this lawsuit against the City.

Dated: November 22, 2010          HOLME ROBERTS & OWEN LLP

By: _____
   Donald L. Samuels
   Diba D. Rastegar
   Attorneys for Defendant
   CITY OF BEVERLY HILLS

1

DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT TO PLAINTIFF
*Peggy A. Wilcher v. City of Beverly Hills et al.*
Case No. CV 10-1804-VBF(AGRx)

#23756 v2 lax

EXHIBIT B

Leo James Terrell, State Bar No. 149693
LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Blvd., Suite 920
Beverly Hills, California 90211
Telephone: (323) 655-6909
Facsimile: (323) 655-5104
Email: civil1975@aol.com

Attorneys for Plaintiff
PEGGY A. WILCHER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PEGGY A. WILCHER,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF BEVERLY HILLS and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO.: 2:10-cv-01804-VBF-AGR<br><br>PLAINTIFF'S ACCEPTANCE OF DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>[Fed. R. Civ. Pro. 68]<br><br>Assigned to the Hon. Valerie B. Fairbank |

Plaintiff Peggy A. Wilcher hereby accepts the Defendant City of Beverly Hills Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure whereby the Defendant City of Beverly Hills will pay Plaintiff Peggy A. Wilcher One Thousand Dollars ($1,000) (which does not include Plaintiff Peggy A. Wilcher's costs, interest and attorneys' fees) in return for a dismissal with prejudice of Plaintiff Peggy A. Wilcher's claims in the above-entitled lawsuit against the Defendant City of Beverly Hills.

DATED: December 3, 2010

LAW OFFICES OF LEO JAMES TERRELL

By: _____

Leo James Terrell, Attorney for Plaintiff
Peggy A. Wilcher

1

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 8383 Wilshire Boulevard, Suite 920, Beverly Hills, California 90211.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 3, 2010, I served the within **PLAINTIFF'S ACCEPTANCE OF DEFENDANT CITY OF BEVERLY HILLS' OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the interested party in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Beverly Hills, California addressed as follows:

**Donald L. Samuels**
**Diba D. Rastegar**
**HOLME ROBERTS & OWEN LLP**
**800 W. Olympic Boulevard, 4th Floor**
**Los Angeles, California 90015**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 3, 2010, at Beverly Hills, California.

TONY SU

# PROOF OF SERVICE
## 1013 A(3) CCP REVISED 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th Floor, Los Angeles, CA 90015.

On December 8, 2010, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☒ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list via CM/ECF.

Executed on December 8, 2010, at Los Angeles, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
GERI ANDERSON

## SERVICE LIST

Leo James Terrell                                   *Attorney for Plaintiff*
LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Boulevard, Suite 920
Beverly Hills, CA  90211
Telephone: 323-655-6909
Facsimile: 323-655-5104